Certificate Number: 17572-PAM-DE-035849921

Bankruptcy Case Number: 21-01467


17572-PAM-DE-035849921

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on July 20, 2021, at 7:51 o'clock AM PDT, Corenia S Sirota completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 20, 2021

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor