Certificate Number: 17572-PAM-DE-035849921

Bankruptcy Case Number: 21-01467



17572-PAM-DE-035849921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2021, at 7:51 o'clock AM PDT, Corenia S Sirota completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: July 20, 2021 | By: /s/Judy Alexander |
| | Name: Judy Alexander |
| | Title: Counselor |