In re:  Case No. 21-01467-MJC
Corenia S. Sirota  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Aug 10, 2021      Form ID: ntcnfhrg      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corenia S. Sirota, 584 E Main St, Millville, PA 17846-9203 |
| 5421815 | + | Calvary SPV, Bass & Associates, 3936 E Ft Lowell Rd, Tucson, AZ 85712-1097 |
| 5427528 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 5424924 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5421820 | + | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5421822 | + | Lakeview Loan Servicing LLC, Flag Star Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5421823 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5421824 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5421826 | + | Millville Borough, 136 Morehead Ave, PO Box 30, Millville, PA 17846-0030 |
| 5421828 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5421829 | + | PPL, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5421833 | + | Resurgent Capital Merrick Bank, PO BOX 1269, Greenville, SC 29602-1269 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5421813 | + | Email/Text: amscbankruptcy@adt.com | Aug 10 2021 18:41:00 | ADT, 3190 S Vughn Way, Aurora, CO 80014-3512 |
| 5421814 | + | Email/Text: defaultspecialty.us@bbva.com | Aug 10 2021 18:41:00 | BBVA, PO Box 10566, Birmingham, AL 35296-0001 |
| 5421816 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 10 2021 18:57:21 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5421817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2021 18:57:25 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5421818 | + | Email/Text: rnewhart@columbiapa.org | Aug 10 2021 18:41:00 | Columbia County Tax Claim Bureau, PO Box 380, Bloomsburg, PA 17815-0380 |
| 5421819 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2021 18:41:00 | Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5424924 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 10 2021 18:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5421821 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 10 2021 18:41:00 | Internal Revenue Service, AUR Corr 5-E08-113, Philadelphia, PA 19255 |
| 5421825 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2021 18:41:00 | Midland Credit Management, 350 Camino De La Reina #100, San Diego, CA 92108-3007 |
| 5427051 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2021 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5421827 | | Email/PDF: cbp@onemainfinancial.com | Aug 10 2021 18:57:21 | One Main Financial, 601 NW 2ND St, Evansville, IN 47708-1013 |
| 5425462 | + | Email/PDF: cbp@onemainfinancial.com | Aug 10 2021 18:57:21 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5421830 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 10 2021 18:57:27 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 5421831 | + | Email/Text: bankruptcy@prosper.com | Aug 10 2021 18:41:00 | Prosper Funding LLC, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 5421832 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2021 18:41:00 | Quantum 3 Group, Crown Asset Management, PO Box 788, Kirkland, WA 98083-0788 |
| 5423092 | | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2021 18:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5423093 | | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2021 18:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5421834 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2021 18:57:24 | Synchronicity Bank, 140 Wekiva Springs Rd, Longwood, FL 32779-3604 |
| 5422170 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2021 18:57:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Corenia S. Sirota bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Corenia S. Sirota,　　　　　　　　　　　　Chapter　　　13

**Debtor 1**

Case No.　　　5:21−bk−01467−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 29, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 6, 2021 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 10, 2021 |

ntcnfhrg (08/21)