UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORENIA S. SIROTA : CHAPTER 13
      Debtor(s) :
       :
      JACK N. ZAHAROPOULOS :
      STANDING CHAPTER 13 TRUSTEE :
      Movant :
       :
      vs. :
       :
      CORENIA S. SIROTA :
      Respondent(s) : CASE NO.  5-21-bk-01467


## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

     AND NOW, this   23rd   day of August, 2021, comes, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

     2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

        a.  Last paystub dated August, 2021.
        b.  Proof of Claim for Millville Borough.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                  Respectfully submitted:

                  Jack N. Zaharopoulos
                  Standing Chapter 13 Trustee
                  8125 Adams Drive, Suite A
                  Hummelstown, PA 17036
                  (717) 566-6097

     BY:        /s/Agatha R. McHale
                  Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

      AND NOW, this  23rd  day of August, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Robert Spielman, Esquire
29 East Main Street, Suite D
Bloomsburg, PA   17815

                      /s/Deborah A. Behney
                      Office of Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee