## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Corenia S. Sirota**<br>**Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>**Movant**<br>**vs.**<br><br>**Corenia S. Sirota**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos,**<br>**Trustee** | **BK NO. 21-01467 MJC**<br><br>**Chapter 13** |

### CERTIFICATE OF SERVICE
### NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 11, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Corenia S. Sirota
584 East Main Street
Millville, PA 17846

<u>Attorney for Debtor(s)</u>
Robert Spielman, Esq.
29 East Main Street (VIA ECF)
 Bloomsburg, PA 17815-1485

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
 Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>November 11, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com