# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Corenia S. Sirota<br>    Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>    Movant<br> vs.<br>Corenia S. Sirota<br>    Debtor(s)<br><br>Jack N. Zaharopoulos<br>    Trustee | CHAPTER 13<br><br>NO. 21-01467 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **August 24, 2021, docket number 29**.

            Respectfully submitted,


            /s/ Rebecca A. Solarz, Esq.
            _____

            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            Phone: (215)-627-1322

Dated: January 12, 2022