**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Corenia S. Sirota <u>Debtor(s)</u> | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC <u>Moving Party</u> vs. Corenia S. Sirota <u>Debtor(s)</u> | NO. 21-01467 MJC |
| Jack N. Zaharopoulos <u>Trustee</u> | 11 U.S.C. Section 362 |

**CERTIFICATE OF CONCURRENCE**

The debtor has concurred with the request for relief in this Request to Remove from Hearing List.

                      Respectfully submitted,

                      **/s/ Michael P. Farrington, Esq.**
                      Michael P. Farrington, Esq.
                      Attorney for Movant/Applicant