# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Corenia S. Sirota**<br>Debtor(s) | BK NO. 21-01467 MJC |
| **LAKEVIEW LOAN SERVICING, LLC**<br>Moving Party<br>vs. | Chapter 13<br><br>Pleading: Motion for Relief from Stay |
| **Corenia S. Sirota**<br>Debtor(s) | Claim # 10 |
| **Jack N. Zaharopoulos**, (**Trustee**) | |

## CERTIFICATE OF SERVICE OF
## REQUEST TO REMOVE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 12, 2023, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Corenia S. Sirota
584 East Main Street
Millville, PA 17846

Attorney for Debtor(s)
(VIA ECF)
Robert Spielman, Esq.
29 East Main Street (VIA ECF)

Bloomsburg, PA 17815-1485

Trustee
(VIA ECF)
Jack N. Zaharopoulos

8125 Adams Drive, Suite A

Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: May 12, 2023

                                            **/s/ Michael P. Farrington, Esq.**
                                            Michael P. Farrington, Esq.
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Phone: (215) 825-6327
                                            Email: mfarrington@kmllawgroup.com
                                            Attorney for Movant