IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Corenia S. Sirota<br>　　　　　　　　　　Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Corenia S. Sirota<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 21-01467 MJC<br><br>Chapter 13<br><br>Related to Claim No. 10 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 04, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Corenia S. Sirota
584 East Main Street
Millville, PA 17846

<u>Attorney for Debtor(s)</u>
Robert Spielman, Esq.
29 East Main Street (VIA ECF)
Bloomsburg, PA 17815-1485

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>January 04, 2022</u>

　　　　　　　　　　　　　　　　　　　　　<u>**/s/Denise Carlon Esquire**</u>
　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com